STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 06-639 consolidated with CA 06-638


VALERIE ROY

VERSUS

SAFEWAY INSURANCE COMPANY, ET AL.


**********


APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2004-6479-A
HONORABLE MARK A. JEANSONNE, DISTRICT JUDGE


**********


BILLY HOWARD EZELL
JUDGE


**********


Court composed of Michael G. Sullivan, Elizabeth A. Pickett, and Billy Howard
Ezell, Judges.


REVERSED.


Keith Michael Borne
Borne, Wilkes & Brady
P. O. Box 4305
Lafayette, LA 70502-4305
(337) 232-1604
Counsel for Defendants/Appellees:
Safeway Insurance Company
Unopened Succession of Panzy Dixon Burnett

Larry Alan Stewart

**Stafford, Stewart & Potter**
**P. O. Box 1711**
**Alexandria, LA 71301**
**(318) 487-4910**
**Counsel for Defendant/Appellee:**
**State Farm Mutual Auto Insurance Company**

**Michael Sheldon Koch**
**Neblett, Beard & Arsenault**
**Post Office Box 1190**
**Alexandria, LA 71309-1190**
**(318) 487-9874**
**Counsel for Plaintiff/Appellee:**
**Valerie Roy**

**Rebecca T. Hamernick**
**Armour Law Firm**
**P. O. Box 710**
**Alexandria, LA 71309**
**(318) 442-6611**
**Counsel for Defendants /Appellants:**
**State Farm Mutual Auto Insurance Company**
**Felicia Benjamin**

**EZELL, JUDGE**.

For the reasons discussed in the consolidated case of *Joseph Jacobs, Sr., et al. versus Safeway Insurance Company, et al.*, 06-638 (La.App. 3 Cir. _/_/06), ___ So.2d ___, the judgment of the trial court is reversed. All costs of these proceedings are assessed equally against the Plaintiffs.

**REVERSED.**

1